UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>    Defendants. | Case No. 21-cv-06323-SK<br><br>**ORDER DENYING *PRO HAC VICE* APPLICATION WITHOUT PREJUDICE**<br><br>Regarding Docket No. 4 |

Plaintiff filed a *pro hac vice* application on August 17, 2021. The certificate of good standing filed in connection with the application is no longer valid. Therefore, the Court DENIES the application without prejudice to resubmitting with a valid certificate.

**IT IS SO ORDERED**.

Dated: August 17, 2021

_____
SALLIE KIM
United States Magistrate Judge