UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FISH AND WILDLIFE SERVICE, et al.,<br><br>Defendants. | Case No. 21-cv-06323-RS<br><br>**INITIAL CASE MANAGEMENT SCHEDULING ORDER** |

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the parties attended a virtual Initial Case Management Conference on November 18, 2021. After considering the Joint Case Management Statement submitted by the parties and consulting with the attorneys of record for the parties and good cause appearing, IT IS HEREBY ORDERED THAT:

1. AMENDING THE PLEADINGS.

The deadline to amend the pleadings without seeking leave from the Court shall be November 24, 2021. After that date, any amendment of the pleadings shall be governed by Rule 15 of the Federal Rules of Civil Procedure.

2. RECORD

Defendant shall produce the administrative record by November 24, 2021. The parties shall meet and confer to determine whether the administrative record will constitute the entire record in this case by January 14, 2022. Any motions to expand the record shall be filed no later than February 4, 2022.

3. PRETRIAL MOTIONS.

All dispositive pretrial motions must be filed and served pursuant to Civil Local Rule 7. Each party is limited to one motion for summary judgment absent leave of Court. Plaintiff must file its summary judgment motion by February 4, 2022, which shall be no longer than 30 pages. Defendant's opposition and cross motion for summary judgment shall be filed by March 11, 2022, and no more than 35 pages. Plaintiff's opposition and reply shall be filed by April 8, 2022, and no more than 25 pages. Defendant's reply shall be filed by May 6, 2022, and no more than 20 pages. The motions will be heard on June 2, 2022. Court encourages the participation at oral argument of lawyers who are early in their professional career (e.g., 0-10 years of experience).

**IT IS SO ORDERED**.

Dated: November 18, 2021

_____
RICHARD SEEBORG
Chief United States District Judge