Margaret E. Townsend (OR Bar No. 144463)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
tel: (971) 717-6409
mtownsend@biologicaldiversity.org
*admitted pro hac vice*

Brian Segee (Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa St. Suite 1100
Los Angeles, CA 90017
tel: (805) 750-8852
bsegee@biologicaldiversity.org

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Center for Biological Diversity,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>U.S. Fish and Wildlife Service, *et al*.<br><br>　　　　Defendants. | Case No.: 3:21-cv-06323-RS<br><br>**Declaration of Dr. Jeanine Pfeiffer** |

I, Dr. Jeanine Pfeiffer, declare as follows:

　　　　1.　　I have personal knowledge of the matters stated herein, and if called as a witness, could and would competently testify thereto.

　　　　2.　　My current mailing address is P.O. Box 190, Boonville, California, 95415. I do not have a permanent residence, as I am a "van lifer." Temporarily during the year, whenever I camp at Clear Lake State Park, I reside near habitat for the Clear Lake hitch.

　　　　3.　　I earned a doctorate in ecology from the University of California at Davis in 2004, and my dissertation was *The Application of Collaborative Ethnobiological Research*

1   *Towards the Conservation of Indigenous Biocultural Diversity*.  I earned my master's degree in
2   international agricultural development from the University of California at Davis in 1993.
3           4.      I currently work as an ethnoecologist, and since 2020 I have been a consultant
4   for the Big Valley Band of Pomo Indians, one of seven federally recognized tribes residing near
5   Clear Lake.  I was the secretary of the Mendocino County Fish and Game Advisory Committee
6   from 2013 to 2015.  I was a senior lecturer in the Environmental Studies and Humanities
7   Departments at San José State University from 2003 to 2019.  I was the coordinator for
8   Mendocino County in the California Marine Life Protection Act Initiative from 2009 to 2012.  I
9   was a consultant to the Yurok Tribe and the Tolowa Dee-ni (Smith River Rancheria) from 2010
10  to 2012.  I have written extensively about the relationship between species of cultural
11  significance and biological invasions in a highly cited meta-analysis that was published in 2008
12  in Environmental Conservation, titled *Biological Invasions and Biocultural Diversity: Linking*
13  *Ecological and Cultural Systems*.
14          5.      I have been a member of the Center for Biological Diversity ("Center") since
15  February 2002.  I joined the Center because of their effective litigation on behalf of culturally
16  significant species in California.  I support the Center's efforts to secure a future for all species,
17  great or small.  I support the Center's mission to protect imperiled species and their native
18  habitats, and I trust the Center to take actions that defend and promote my interests in
19  safeguarding biocultural diversity.
20          6.      As an ethnoecologist, my life is devoted to the conservation of biological and
21  cultural diversity, or biocultural diversity.  Because of my devotion, I can't imagine not being a
22  member of the Center for Biological Diversity because the objectives of the Center map onto
23  my life objectives.  I have been following the Center's threatened and endangered species
24  campaigns through digital media for decades, especially in the Western United States.  I have
25  attended the Center's open houses at their Oakland, California office in the past, and I have
26  personally spoken with the Center's Executive Director Kierán Suckling regarding the need for
27  the Center to work more closely with tribes and tribal communities.  California is one of the
28  states with the highest biological and cultural diversity due to having over 200 federally

1  recognized and non-recognized tribes occupying an astonishing array of ecosystems.  I have
2  used the Center's case studies in my course curriculum for Nature and World Cultures, an upper
3  division course at San José State University.  I rely on the Center, in part, to represent my
4  interest in conserving endangered and threatened species, and especially species of cultural
5  significance, and their habitats.
6      7.      I am familiar with the U.S. Fish and Wildlife Service's December 2020 decision
7  not to protect the Clear Lake hitch under the Endangered Species Act as an endangered or
8  threatened species.  I was made aware of this failure by the Center for Biological Diversity, of
9  which I am a member.  I am astonished because the decision is not congruent with the best
10 available science.  As an ecologist, such a short-sighted decision makes no sense to me, and as a
11 taxpayer and voter, I am mystified by why government agencies are not performing the duties
12 they are mandated to perform.  The mission of the U.S. FWS is "to work with others to
13 conserve, protect and enhance fish, wildlife and plants and their habitats for the continuing
14 benefit of the American people."  Can someone please explain to me why this mission does not
15 include the conservation protection and enhancement of the Clear Lake hitch for the continuing
16 benefit of this generation and future generations?
17     8.      The FWS's decision harms me professionally and personally because it
18 represents a failure of a government agency that I support with my tax dollars to protect the
19 Clear Lake hitch from harm.
20     9.      At least once every quarter I travel to Clear Lake with the goal of observing hitch
21 in both its spawning habitat in Clear Lake tributaries and its rearing habitat in nearshore tule.
22     10.     To date, I have only witnessed Clear Lake hitch in images and videos provided
23 by tribal monitors.  Because the hitch is so rare, despite having frequently visited Clear Lake for
24 over 30 years, I have never seen the hitch in lakeside or creek waters, and this breaks my heart.
25     11.     Because I was instrumental in securing several scientific grants to install three
26 new water quality data stations and establish a citizen science monitoring project on Clear Lake
27 with the Big Valley Band of Pomo Indians and also was instrumental in securing a grant to map
28 and restore native tule populations, I need to travel to Clear Lake every two to three months to

1  help coordinate the implementation of these two projects.  Although my travel has been
2  hampered by the travel restrictions related to the COVID-19 pandemic and the recent
3  resurgence of the delta variant of the COVID virus, especially since there have been
4  documented cases of vaccinated individuals on the Big Valley Rancheria (and connected with
5  Big Valley's Tribal EPA office, where my work is based) being infected with the virus and
6  testing positive, in 2022 I will continue to visit Clear Lake on a quarterly basis.

7        12.    As a scientist, I am compelled to investigate, appreciate, and conserve endemic
8  species such as the Clear Lake hitch.  As a writer, a poet, and a thinker, it thrills me that there
9  exists unique species that have, over millennia, carved out an evolutionary niche and a
10 physiological form that exist in only one location on the planet.  I'm keenly aware—due to the
11 triple threats of climate change, the sixth wave of species extinction, and the pervasiveness of
12 forever chemicals—that endemic species are automatically endangered.  For Clear Lake, given
13 the fact that it is one of the most toxic lakes on the planet due to methyl mercury residue from
14 the Sulphur Bank Mercury Mine, the legacy residue from DDD (the precursor chemical to
15 DDT) pesticide applications in the earlier century, the preponderance of predator invasive
16 species introduced by the then-California Department of Fish and Game (now CDFW) that are
17 driving localized extinctions of Clear Lake endemics, compounded by the abrogation of water
18 rights by Lake County to Yolo County, which is impairing the creeks where the Clear Lake
19 hitch were historically found, it seems like an entire deck of cards has been stacked against the
20 Clear Lake hitch.  How could we *not* fight for this species?

21       13.    I am astounded at how ignorance and mismanagement is driving the extinction of
22 one culturally significant species after another—like the Clear Lake hitch and every single
23 species of salmon and abalone in California, species that have sustained tribes for millennia,
24 species that are recognized by tribes in stories of origin, in prayer ceremonies, with specialized
25 linguistic terms, within the body of traditional ecological knowledge, that are celebrated in
26 dance and ritual, that constitute both tangible and intangible cultural heritage as defined by
27 UNESCO and are recognized within the UN Declaration for the Rights of Indigenous Peoples
28 ("UNDRIP"), of which the United States is a signatory.  Given all of that, it astounds me that

1  we as a state and as a nation are not devoting every possible resource that we have at our
2  disposal to protect irreplaceable and infinitely precious endemic species like the Clear Lake
3  hitch.
4      14.    I worked with Clear Lake tribes back in 2014 when they caravanned to the
5  California Fish and Game Commission meeting held in San Diego by working for weeks to
6  create a three-minute video used in public testimony at the meeting on the historical and current
7  threats faced by the Clear Lake hitch.  The video has been posted to YouTube and has been
8  viewed over 2,800 times to date (https://www.youtube.com/watch?v=mrfZTUXCpn0).  I also
9  have worked for over a decade with Clear Lake tribes addressing water quality, hazardous algal
10 blooms, and cultural survival on Clear Lake.  My San José State University students have
11 completed numerous projects addressing both the cultural genocide and the ecocides that have
12 taken place on Clear Lake since the 1800s.  I spent several years writing a comprehensive
13 narrative, "The Language of Silence," on the synergistic connections between the loss of
14 cultural stewardship and the loss of biological diversity on Clear Lake, which was published in
15 Camas Literary Magazine in Winter 2018 (https://theava.com/wp-
16 content/uploads/2019/01/PFEIFFER-J-Language-of-Silence-2018.pdf).
17     15.    When I regard a physical landscape or waterscape, I also regard it as a
18 storyscape.  Clear Lake is a storyscape of consecutive horrors.  This summer we are
19 anticipating, due to an extended drought (that remains in place despite significant winter rains),
20 another series of hazardous algal blooms and fish die-offs.  This means that our collective story
21 about the lake for this summer is a series of emergencies and tragedies.  As a professional, I
22 would much rather be researching and studying the healthy life cycle of the Clear Lake hitch; I
23 would rather be studying the symbiotic and mutually beneficial relationships that the Clear Lake
24 hitch maintains with other native fish and waterfowl and aquatic plants, extant in the lake; I
25 would rather be sharing cooking recipes about the Clear Lake hitch with local tribal members;
26 and I would rather be celebrating the successful spawning and population increases of the hitch
27 in all of its historically native waterways.  Instead, I'm essentially working as the equivalent of
28 an EMT on an ambulance responding to a series of cardiac arrests.  This is not why I got my

1 Ph.D. in ecology. FWS's decision not to protect the hitch only intensifies these harms and injuries that I regularly experience when working to protect this culturally and ecologically significant species.

16. The FWS's decision also harms my aesthetic interests in the hitch. Because of my extensive work with natural and unnaturally influenced aquatic and terrestrial ecosystems, I can usually sense very quickly what is missing from a habitat. When I approach a waterway, I automatically look for native aquatic plants that should be present in abundance along the banks, I look for aquatic birds that should be present along riparian corridors, I try to find aquatic insects that would usually inhabit the area, and above all, I look for fish that I know should be swimming and thriving in those waterways. So, when I walk along a creek like Kelsey Creek and I know that historically the Clear Lake hitch used to be so numerous they overflowed the banks of that creek, and I cannot see a single live hitch, I feel robbed of my inheritance. I have been paying income taxes ever since I began working as a teenager—for 40 years. This means the United States Government, including the U.S. FWS, has had 40 years to protect the Clear Lake hitch. I do not see any evidence of that, and it is appalling because I believe in the power of a democratic government to protect the cultural and ecological heritage contained within the borders of the nation it serves.

17. The FWS's decision to not protect the hitch harms me spiritually. In my humility, before God, or Creator, or the Universe, or Yahweh, or Allah, or whatever term other humans choose, I do not believe myself to be inherently superior to other living beings. I am humbled by the power and significance of every being who gives me life; this includes oxygen provided by photosynthetic beings, this includes water molecules stored and supplied by rocks and soils and waterbodies, this includes proteins and carbohydrates and sugars sacrificed by members of the plant and animal families, this includes shelter created from raw materials taken from biotic and abiotic sources. Everything that gives me life comes from outside myself, and if I do not have the mindfulness and courage and dedication to appreciate and honor those gifts, then I have no soul to speak of.

18. I see myself as a small dot in a very complex highly interconnected web of life, and I can trace the dots that connect my dot to the Clear Lake hitch dot—it is not even seven degrees of separation. Although I do not have the historical and immediate cultural claim to the Clear Lake hitch that the First Peoples of that area have, I still understand that my survival, whether it be physical, emotional, intellectual or spiritual, is connected to that of the hitch because if the Clear Lake hitch does not survive, it is the equivalent of the canary in the coal mine. In this case, the hitch is the canary, and the coal mine is Clear Lake; and if the hitch doesn't survive, that means our waterways and our waterbodies are not healthy enough to support a little fish the size of my hand. And if these waterways cannot support a little fish the size of my hand, that tells me that the entire watershed is threatened. Furthermore, if the watershed is threatened, then the bioregion is threatened, and if the bioregion is threatened, as a resident of that bioregion, I am endangered, too.

19. The FWS's failure to protect the hitch and its habitat also harms my ability to recreate in and around Clear Lake. For years, I have participated in Big Valley Rancheria's Annual Tule Festival normally held in the month of July. This year the festival is cancelled because there is not enough healthy tule in Clear Lake to support the ritual harvest of tule to make the tule boats used for races at the festival. The same ecological issues that threaten the tule – drought, pesticides, forever chemicals – threaten the Clear Lake hitch, and vice versa. This meant that, in 2021, I was unable to camp at Clear Lake State Park, I could not participate in the tribal dances and meals, I could not harvest tule, and I could not craft my boat. I am also an avid birdwatcher and a contributor to the nature observation site iNaturalist. It is my life goal to be able to capture an image of healthy aggregations of Clear Lake hitch and upload them to iNaturalist. At present, I am prevented from doing so because of the paucity of Clear Lake hitch in the areas I usually visit at the lake, including but not limited to Lakeport Marina, Big Valley Rancheria Marina, Clear Lake State Park, Anderson State Park, and lakeside docks at Nice and Lucerne.

20. There is an intrinsic connection between biological and cultural diversity recognized in the scientific term 'biocultural diversity'. The life cycle of the Clear Lake hitch is

1  connected to the lifeways of Clear Lake Pomo Tribes and has been connected for millennia. We
2  talk about First Peoples and acknowledge the inherent rights of First Peoples as enshrined in the
3  United Nations Declaration on the Rights of Indigenous Peoples. We are slower to recognize
4  the inherent rights of First Species such as the Clear Lake hitch and endemic species of the
5  oldest lake in the United States. We are also negligent in recognizing the natural inherent rights
6  of waterbodies such as Clear Lake. Yet all of these rights are interconnected. If we were to
7  simultaneously acknowledge the rights of indigenous peoples, endemic species, and ancient
8  waterbodies, beyond the morality of such a stance, we would essentially be creating an
9  insurance policy for contemporary and future societies by acknowledging profoundly essential
10 and foundational contributors to the health and wellbeing of all of us.
11         21.    It is my understanding that the Center, along with other conservation groups, has
12 challenged the Service's decision to not protect the Clear Lake hitch under the Endangered
13 Species Act. If this Court were to rule in the Center's favor, it would remove the Service's
14 decision and require the Service to review its decision according to what science and law
15 require.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 6th day of January, 2022, in Oakland, California.

_____
Dr. Jeanine Pfeiffer