TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief
TAYLOR A. MAYHALL, Trial Attorney (MN Bar No. 0400172)
U.S. Department of Justice
Environment and Natural Resources Division
Wildlife and Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
(202) 598-3796
taylor.mayhall@usdoj.gov

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**(San Francisco)**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) |
| Plaintiff, | ) Case No. 3:21-cv-06323-RS ) ) |
| v. | ) **STIPULATED REQUEST FOR 30-DAY** ) **STAY OF DEADLINES** ) |
| U.S FISH AND WILDLIFE SERVICE, et al., | ) ) ) |
| Defendants. | ) ) |

Pursuant to Local Civil Rule 6-2 and 7-12, the parties Plaintiff Center for Biological Diversity and Defendants United States Fish and Wildlife Service ("FWS"); Debra Haaland, in her official capacity as Secretary of the United States Department of Interior; and Martha Williams, in her official capacity as Director of FWS (collectively, "Defendants"), hereby stipulate to a further extension of all deadlines in this case by thirty (30) days. For the reasons set forth in the accompanying Declaration of Taylor A. Mayhall, Defendants respectfully submit that

STIPULATED REQUEST FOR 30-DAY STAY                                                                                             1
No. 3:21-cv-06323-RS

good cause exists for the proposed extension. Accordingly, the parties hereby stipulate as follows:

1. All deadlines in this case shall be stayed by thirty (30) days;
2. Defendants' response to Plaintiff's motion to supplement the administrative record shall be due by April 25, 2022;
3. Defendants' opposition and cross motion for summary judgment shall be due by April 25, 2022;
4. Plaintiff's opposition and reply shall be due by May 23, 2022;
5. Defendants' reply shall be due by June 20, 2022.

Dated: March 23, 2022

Respectfully Submitted,

TODD KIM, Assistant Attorney General
SETH M. BARSKY, Section Chief
MEREDITH L. FLAX, Assistant Section Chief

*/s/ Taylor A. Mayhall*
TAYLOR A. MAYHALL
Trial Attorney, MN Bar No. 0400172
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
P.O. Box 7611
Washington, D.C. 20044-7611
Tel: (202) 598-3796
taylor.mayhall@usdoj.gov

*Attorneys for Defendants*

*/s/ Margaret E. Townsend*
Margaret E. Townsend (OR Bar No. 144463)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Tel: (971) 717-6409
mtownsend@biologicaldiversity.org
*admitted pro hac vice*

Brian Segee (Bar No. 200795)
Center for Biological Diversity
660 S. Figueroa St. Suite 1100
Los Angeles, CA 90017
Tel: (805) 750-8852
bsegee@biologicaldiversity.org

*Attorneys for Plaintiff*

Pursuant to stipulation, **IT IS SO ORDERED** this _____ day of _____, 2022.

_____
HON. RICHARD SEEBORG
Chief U.S. District Court Judge